IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01673-MSK-KLM

DAVID KHADEM-GHAEINI,
FRANCIS KHADEM-GHAEINI, individually and as the Parents and Next Friends of
MINAE KHADEM, a minor, and
EMMA KHADEM, a minor,

    Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Amend Case Caption** [Docket No. 27; Filed September 29, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The caption on all future pleadings shall be amended as set forth above.

    Dated: September 30, 2010