IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01673-MSK-KLM

DAVID KHADEM-GHAEINI,
FRANCIS KHADEM-GHAEINI, individually and as the Parents and Next Friends of
MINAE KHADEM, a minor, and
EMMA KHADEM, a minor,

    Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to be Excused from Settlement Conference** [Docket No. 54; Filed December 17, 2010] (the "Motion").  The parties have agreed to conduct a combined settlement conference in Case Nos. 10-cv-00584-REB-MEH, 10-cv-02200-WYD-KMT and this case with Magistrate Judge Michael E. Hegarty.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Settlement Conference set for January 14, 2011 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

    Dated:  December 20, 2010